FILED: 6/1/12

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Paul C. Angelino, et al.,* | CASE NO. CV 12-3646-GHK (Ex) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, et al.,* | |
| Defendants. | |

Pursuant to the Court's June 1, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs Paul C. Angelino and Perla O. Dantas's ("Plaintiffs") claims against Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB are **DISMISSED with prejudice**, and Plaintiffs' claims against Elre Holdings LLC are **DISMISSED without prejudice**. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: June 1, 2012

_____
GEORGE H. KING
United States District Judge